**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EROMONSELE EMMANUEL OGBEBOR,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

CASE NO. 5:26-cv-06320-SK

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED**

Petitioner is ordered to show cause by **November 23, 2026** why this petition for a writ of habeas corpus under 28 U.S.C. § 2241 should not be dismissed for lack of prosecution or failure to comply with the court's October 27, 2026 order. Because respondents have not yet answered the petition, petitioner may discharge this show-cause order by voluntarily dismissing the petition without prejudice under Federal Rule of Civil Procedure 41(a). Otherwise, if no notice of voluntary dismissal or other response is filed on time according to this order, the petition may be involuntarily dismissed under Rule 41(b), including with prejudice, without any further warning.

IT IS SO ORDERED.

DATED: November 18, 2026

STEVE KIM
United States Magistrate Judge