**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EROMONSELE EMMANUEL OGBEBOR,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-06320-SK<br>**JUDGMENT** |

Pursuant to the Court's November 24, 2026 Order, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is dismissed in part and granted in part to the extent set forth in that Order.

The Clerk shall close this case.

DATED: November 24, 2026

STEVE KIM
United States Magistrate Judge